IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| MICHAEL COLEMAN § | |
| and CHERRYLYN LINCOLN § | |
| § | |
| VS. § | CIVIL ACTION NO. G-06-689 |
| § | |
| JPMORGAN CHASE BANK, N.A. f/k/a § | |
| JPMORGAN BANK AS TRUSTEE, on § | |
| behalf of FIRST FRANKLIN § | |
| MORTGAGE LOAN TRUST 2004-FF10, § | |
| ASSET-BACKED CERTIFICATES, § | |
| SERIES 2004-FF10 § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal entered this date, it is **ORDERED** and **ADJUDGED** that the converted Motion for Summary Judgment (Instrument no. 5) of Defendant JPMorgan Chase Bank, N.A. is **GRANTED;** that the " Complaint for Declaratory Judgment and Class Action" (Instrument no. 1) of Plaintiffs, Michael Coleman and Cherrylyn Lincoln, is **DISMISSED in its entirety**; and that Defendant JPMorgan Chase Bank, N.A. **RECOVER** from Plaintiffs its costs of action.

This is a **FINAL JUDGMENT.**

DONE at Galveston, Texas this 27th day of February, 2007.

_____
Samuel B. Kent
United States District Judge